UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTOBAL CERVANTES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>D. STICKLES, et al.,<br><br>　　　　　　Defendants. | Case No. 5:22-cv-00384-PA-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　The Court has conducted the review required by 28 U.S.C. § 636 and approves, accepts, and adopts the findings, conclusions and recommendation of the Magistrate Judge reflected in the June 3, 2024 Report and Recommendation of United States Magistrate Judge.

　　IT IS HEREBY ORDERED that the Complaint and this action are dismissed without further leave to amend and that Judgment shall be entered accordingly.

　　IT IS SO ORDERED.

DATED: August 6, 2024

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE