**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTOBAL CERVANTES, | Case No. 5:22-cv-00384-PA-JC |
| Plaintiff, | JUDGMENT |
| v. | |
| D. STICKLES, et al., | |
| Defendants | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the Complaint and this action are dismissed without leave to amend.

IT IS SO ADJUDGED.

DATED: August 6, 2024

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE